ROGERS JOSEPH O'DONNELL
AARON P. SILBERMAN (State Bar No. 161021)
311 California Street
San Francisco, California 94104
Telephone:  415.956.2828
Facsimile:  415.956.6457

Attorneys for Defendant
SURFACE AMERICA, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ROEBBELEN CONTRACTING, INC., a California corporation,<br><br>              Plaintiff,<br><br>   vs.<br><br>SURFACE AMERICA, INC., a New York corporation; and DOES 1 through 25, inclusive,<br><br>             Defendants. | Case No. 2:08-CV-01336 FCD-EFB<br><br>**STIPULATION AND ORDER TO STAY ACTION PENDING PRIVATE MEDIATION AND ARBITRATION** |

       Plaintiff Roebbelen Contracting, Inc. ("Roebbelen"), and Defendant Surface America, Inc. ("Surface America"), have agreed to participate in a mediation of the above-captioned matter and have further agreed, if the mediation fails to resolve all matters raised in Roebbelen's complaint in that matter, to submit the matter to binding arbitration.

       In light of the parties' agreement to submit this matter to alternative dispute resolution, as described above, Roebbelen and Surface America hereby stipulate, and jointly request that the Court order, that this action shall be stayed pending mediation and, if

1  mediation fails to resolve this action, arbitration.

2

3              **IT IS SO STIPULATED.**

4

5  Dated: June __, 2008                    LAW OFFICE OF GEORGE R. GORE

6

7                                          By: _____/s/_____
                                                  DAVID H. BARTHOLOMEW
8

9                                          Attorneys for Plaintiff
                                            ROEBBELEN CONTRACTING, INC.
10

11

12 Dated: June 24, 2008                    ROGERS JOSEPH O'DONNELL

13

14                                         By: _____/s/_____
                                                  AARON P. SILBERMAN
15

16                                         Attorneys for Defendant
                                            SURFACE AMERICA, INC.
17

18             **IT IS SO ORDERED.**

19

20 Dated: June 25, 2008

21                                         _____
                                            FRANK C. DAMRELL, JR.
22                                          UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28
                                                                    Page 2